```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :    NOLLE PROSEQUI

         -v.-                  :    92 Cr. 936

LOUISE C. ARANETA,             :

         Defendant.            :

- - - - - - - - - - - - - - - x
```

       1.    The filing of this nolle prosequi will dispose of this case with respect to LOUISE C. ARANETA, the defendant.

       2.    On or about November 4, 1992, a Grand Jury sitting in the Southern District of New York returned a two-count indictment charging LOUISE C. ARANETA, the defendant, with two counts of bank fraud, in violation of Title 18, United States Code, Section 1344.

       3.    Department of Justice records indicate that the Government previously declined to seek extradition of LOUISE C. ARANETA, the defendant, who has been residing openly in the Republic of the Philippines.

       4.    Based on a review of the charging documents in the case and other pertinent factors, including Speedy Trial Act considerations and anticipated evidentiary issues, the Government has concluded that further prosecution of LOUISE C.

ARANETA, the defendant, would not be in the interests of justice.

    5. In light of the foregoing, I recommend that an order of nolle prosequi be filed as to LOUISE C. ARANETA, the defendant, in the above-captioned matter.

                                          /s/ A. Messiter
                                  Alexandra S. Messiter
                                  Assistant United States Attorney
                                  (212) 637-2544

Dated:    New York, New York
           September 8, 2022

     Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of <u>nolle prosequi</u> be filed as to defendant LOUISE C. ARANETA with respect to Indictment 92 Cr. 936.

_____
DAMIAN WILLIAMS
United States Attorney
Southern District of New York

Dated:    New York, New York
           September 9, 2022

SO ORDERED:         _____
                     HONORABLE RONNIE ABRAMS
                     United States District Judge
                     Southern District of New York

Dated:    New York, New York
           September 9, 2022